IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WEI LUO,

                **Plaintiff,**

v.                             1:06-cv-1138-WSD

ALBERTO GONZALES, Attorney
General of the United States, et al,

                **Defendants.**

## OPINION AND ORDER

      This matter is before the Court on Plaintiff's Motions to Dismiss [4,5]. Plaintiff sought, in this action, a writ of mandamus to compel Defendants to process and approve her N-400 Application ("Application"). Plaintiff now moves to dismiss her complaint as moot following the adjudication of her Application. Plaintiff advises the Court that on September 5, 2006, the Citizenship and Immigration Services ("CIS") granted Plaintiff's Application for Naturalization and Plaintiff will appear for an Oath Ceremony on October 20, 2006, to be sworn in as a naturalized citizen of the United States.

Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's complaint for mandamus relief is hereby **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED** this 13th day of October, 2006.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE